UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-61915-CIV-JORDAN

MASSACHUSETTS MUTUAL LIFE      )
INSURANCE COMPANY               )
                                )
     Plaintiffs             )
                                )
vs.                             )
                                )
SCOTT ROTHSTEIN                 )
                                )
     Defendants             )
_____ )

### ORDER

Mr. Rothstein was served on December 4, 2009 [D.E. 5] and was required to file a response no later than December 28, 2009.  This deadline has passed with no requests for extensions of time. As a result, Massachusetts Mutual Life Insurance Company shall file a motion for default and for default judgment no later than January 22, 2010.

DONE and ORDERED in chambers in Miami, Florida, this 8th day of January, 2010.

_____
Adalberto Jordan
United States District Judge

cc:     All counsel of record.